Mark H. Plager, Esq. (SBN 192259)
*mark@plagerschack.com*
PLAGER SCHACK LLP
16152 Beach Boulevard, Suite 207
Huntington Beach, California 92647
Tel. (714) 698-0601
Fax. (714) 698-0608

Attorneys for Plaintiff
Alex Munoz

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEX MUNOZ, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> MELANIE SPECHT, an Individual, and DOES 1 through 100, <br><br> Defendants. | Civil Action No. 2:15-cv-02680-R-JPR <br><br> **ORDER RE DISMISSAL OF COMPLAINT AND COUNTERCLAIM** <br><br> Honorable Manual L. Real <br><br> Complaint filed: April 15, 2015 |

    This case coming on to be heard on this date upon the Stipulation for the Dismissal with prejudice by the above-named plaintiff, Alex Munoz ("Munoz"), and defendant, Melanie Specht ("Specht") and the Court having examined said Stipulation and being fully advised in the premises, finds that the case has been fully compromised and settled and the parties have stipulated and agreed to dismissal of the Complaint and Counterclaim with prejudice, and the Court further finds that all costs have been paid.

///

///

1    IT IS THEREFOR ORDERED that Munoz's Complaint and Specht's
2 Counterclaim are hereby dismissed with prejudice.

5 Dated: September 15, 2015

_____
Manual L. Real, Judge
United States District Court